UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| VELECIA R FERRELL | § | |
| | § | |
| vs. | § | NO:  MO:15-CV-00139-RAJ |
| | § | |
| KEN'S VENTURE FOODS | § | |

<u>**AMENDED**</u>
<u>**SCHEDULING ORDER**</u>

Before the Court is the Plaintiff's Unopposed Motion for Continuance [Doc 14] filed March 14, 2016.  The Court GRANTS the Plaintiff's Motion.  Accordingly,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Continuance [Doc. 14] filed March 14, 2016.  The Scheduling Order is Amended as follows:

5. The parties shall complete all discovery on or before **April 25, 2016**.  **Counsel may, by agreement, continue discovery beyond the deadline, but there will be no further intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.**

6. All dispositive motions shall be filed no later than **May 9, 2016**.  Dispositive motions as defined in Local Rule CV-7(d)(3) and responses to dispositive motions shall be limited to 20 pages in length.

7. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **May 30, 2016**.

8. The Final Pretrial Conference for this case is reset for **September 7, 2016** at 5:00 P.M.  The parties shall file their pretrial submissions in accordance with the provisions set out in Local Rule CV-16(e).  Pretrial submissions shall also be provided in cd-rom form.

9. This case is reset for jury selection/trial on **October 4, 2016** at 9:00 A.M.

**SIGNED THIS** 15th day of March, 2016.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS