IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

IN RE: §
MIDLAND/ODESSA DIVISION §
CIVIL CASES §

## ORDER TO TRANSFER

The civil cases listed below are transferred from the docket of Senior U.S. District Judge Robert Junell to the El Paso Division of the Western District of Texas and to U.S. District Judge Xavier Rodriguez of the San Antonio Division to be randomly assigned. The Courts have consented to the transfer.

It is therefore ORDERED the below named and numbered cases are hereby TRANSFERRED to the El Paso Division of the Western District of Texas and to U.S. District Judge Xavier Rodriguez to be randomly assigned. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

| Case Number | Case Name |
|---|---|
| 7:15-CV-139 | Ferrell v. Ken's Venture Foods |
| 7:15-CV-147 | Underwriters v. Cimarex |
| 7:15-CV-160 | US E.E.O.C. v. Regis Corporation |
| 7:15-CV-177 | Walling v. Helmerich & Payne, Inc. |
| 7:15-CV-199 | Breazell v. Permian Trucking & Hot Shot, LLC |
| 7:15-CV-200 | Anderson v. 21st Mortgage Corporation, et al. |
| 7:15-CV-202 | Permian Power Tong, Inc. v. Star Insurance Company |
| 7:15-CV-204 | Zapata v. Supermercado |
| 7:15-CV-209 | Dominguez v. Bridon-American Corporation, et al. |
| 7:15-CV-227 | Reyes v. Diamondback E&P, LLC |
| 7:16-CV-009 | Del Bosque v. Baker Hughes Oilfield, Inc., et al. |
| 7:16-CV-032 | Joe Hand Promotions, Inc. v. King Yeh Inc., et al. |
| 7:16-CV-038 | Wade v. Midland Independent School District, et al. |
| 7:16-CV-042 | Gadasalli v. AXA Equitable Life Insurance Company, et al. |
| 7:16-CV-046 | Taliaferro v. Lone Star Implementation & Electric Corporation |
| 7:16-CV-060 | Gabbanelli Accordions & Imports, LLC v. Ochoa |

| | |
|---|---|
| 7:16-CV-061 | Windmann v. Sun Life Assurance Company of Canada |
| 7:16-CV-071 | Morris v. Sorenson, et al. |
| 7:16-CV-080 | Hart v. Prudential Insurance Company of America, et al. |
| 7:16-CV-085 | St. Paul Fire and Marine Insurance Company v. Flexrod Sales & Services, Inc. |
| 7:16-CV-086 | St. Paul Fire and Marine Insurance Company v. Vaughan Precision Services, LLC |
| 7:16-CV-093 | Infante v. Music City Mall, et al. |
| 7:16-CV-097 | Myles v. Universal Pressure Pumping Inc. |
| 7:16-CV-106 | Welch v. Devon Energy Production Company, L.P. |
| 7:16-CV-111 | Barnett v. Eckel Manufacturing Company, et al. |

IT IS SO ORDERED.

SIGNED this 26 day of May, 2016.

_____
ROBERT JUNELL
SR. UNITED STATES DISTRICT JUDGE